**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      In re Cynthia Former

Appellate case number:    01-13-00445-CV

Trial court case number:  2013-14667

Trial court:              151st District Court of Harris County

The Real Party in Interest's Motion to Reconsider Motion to Disqualify Relator's Counsel J. Chris Juravich is DENIED.

It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
                   Acting individually


Date:  July 3, 2013